# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE
2004 OCT 28 P 5:06

U.S. DISTRICT COURT
DISTRICT OF MASS.

28 October 2004
Mark Reaves
24 Ionia Street
Springfield, MA 011119
Plaintiff

CIVIL ACTION

NO. 04-30125-KPN

v.

Massachusetts Army National Guard
Milford, Massachusetts

Raymond Vezina,
Milford, Massachusetts

Robert Jordan, MAJ
Milford, Massachusetts

Thomas J. Sellars, LTC
Milford, MA

Richard Nagle, MAJ
Milford, MA

Defendants

### Request for Enlargement of Time

I hereby respectfully request a 60 day enlargement of time, until 1 January 2005. This time is needed to locate and serve the above named defendants. I am in the process of finding the locations of each of the individual parties. This is a very tedious process and I have limited resources.

I will be complete in my service process within the time period requested.

This request is respectfully submitted and is not presented to deliberately cause delay to the judicial process.

Thank You

Mark Reaves
Pro, Se
Plaintiff