IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

28 February 2005
Mark Reaves
24 Ionia Street
Springfield, MA  011119
Plaintiff

     v.

Massachusetts Army National Guard
Milford, Massachusetts

Raymond Vezina,
Milford, Massachusetts

Robert Jordan, MAJ
Milford, Massachusetts

Thomas J. Sellars, LTC
Milford, MA

Richard Nagle, MAJ
Milford, MA

Defendants

CIVIL ACTION

NO. <u>04-30125-KPN</u>

### Request for Enlargement of Time

I hereby respectfully request a 60 day enlargement of time, until 1 May 2005. This time is needed to serve the above named defendants by Service of Process. I have given notice along with a request for waiver of service. This was mailed out first class, certified with a return receipt on 31 January 2005. I have received the return receipt on all but one defendant and am awaiting the signed request for waiver. It is nearly past the 30 day required response time and I anticipate I will have to have the defendants served by Service of Process.

I be complete in my Service of Process within the time period requested.

This request is respectfully submitted and is not presented to deliberately cause delay to the judicial process.

Thank You

                         *[signature]*
                         Mark Reaves
                         Pro, Se
                         Plaintiff