IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

28 March 2005
Mark Reaves
24 Ionia Street
Springfield, MA  01109
Plaintiff

    v.

Massachusetts Army National Guard
Milford, Massachusetts

Raymond Vezina,
Milford, Massachusetts

Robert Jordan, MAJ
Milford, Massachusetts

Thomas J. Sellars, LTC
Milford, MA

Richard Nagle, MAJ
Milford, MA

Defendants

CIVIL ACTION

NO. <u>04-30125-KPN</u>

**Notice of Service**

I hereby submit that I have made constructive service upon defendant "Robert Jordan". I have received the postal verification showing proof of receipt of the waiver of service form; however, the waiver of service form was not completed and returned.

I have submitted for the record waiver of service forms for all other defendants in this case. I respectfully request to move forward at this time.

This request is respectfully submitted.

Thank You

                                  Mark Reaves
                                  Pro, Se
                                  Plaintiff

Encl
Postal Service Verification

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

MILFORD, MA 01757

| | | |
|---|---|---|
| Postage | $ 0.60 | UNIT ID: 0610 |
| Certified Fee | 2.30 | |
| Return Reciept Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KB71R5 |
| Total Postage & Fees | $ 4.65 | 03/31/05 |

Robert C. Jordan

Sent To: THE COMMONWEALTH OF MA
Street, Apt. No.; or PO Box No.: 50 MAPLE ST
City, State, ZIP+4: MILFORD MA 01757

PS Form 3800, June 2002          See Reverse for Instructions

7004 1160 0004 7298 8915

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE COMMONWEALTH OF MASSACHUSETTS
JOINT FORCE HEADQUARTERS
MA NATIONAL GUARD
50 MAPLE ST
MILFORD, MA 01757
ROBERT E. JORDAN

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): BONINA
C. Date of Delivery: 3/2/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article N (Transfer): 7004 1160 0004 7298 8915

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540