```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

MARK REAVES,                    )
                                )
        Plaintiff,              )
                                )
    v.                          ) No. 04cv30125-KPN
                                )
MASSACHUSETTS ARMY NATIONAL     )
        GUARD, et al            )
                                )
        Defendants.             )
```

## MOTION TO EXTEND TIME
### (Assented to)

The defendants, Thomas Sellars and Richard Nagle, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, move to extend the deadline for responding to the complaint until May 9, 2005. As grounds for this motion, the defendants state that they have requested legal representation from the Department of Justice and additional time is required to obtain action on the request.

In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certifies that she has conferred with the pro se plaintiff and he assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Karen L. Goodwin
KAREN L. GOODWIN
Assistant U.S. Attorney
1550 Main Street, Room 310
Springfield, MA 01103-1422
DATED: March 31, 2005           (413) 785-0269

<u>CERTIFICATE OF SERVICE</u>

    This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Mark Reaves
        24 Ionia Street
        Springfield, MA 01109

        James Whitcomb
        Assistant Attorney General
        1350 Main Street
        4th Floor
        Springfield, MA 01103


This 31th day of March, 2005

                              /s/Karen L. Goodwin
                              KAREN L. GOODWIN
                              ASSISTANT UNITED STATES ATTORNEY