UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK REAVES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MASSACHUSETTS ARMY NATIONAL GUARD, RAYMOND VEZINA, ROBERT JORDAN, THOMAS SELLARS, and RICHARD NAGEL,<br><br>　　　　Defendants. | CIVIL ACTION NO. 04-30125-KPN |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter my appearance in this civil action as attorney for defendants Massachusetts Army National Guard and Raymond Vezina.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　THOMAS F. REILLY
　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　　By: /s/ James S. Whitcomb
　　　　　　　　　　　　　　　　James S. Whitcomb
　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　Western Massachusetts Division
　　　　　　　　　　　　　　　　1350 Main Street
　　　　　　　　　　　　　　　　Springfield, MA  01103-1629
　　　　　　　　　　　　　　　　(413) 784-1240, ext. 113 (telephone no.)
　　　　　　　　　　　　　　　　(413) 784-1244 (facsimile no.)
DATED: April 1, 2005.　　　　　　B.B.O. No. 557768

## CERTIFICATE OF SERVICE

I, James S. Whitcomb, Assistant Attorney General, hereby certify that on this 31st day of March, 2005, I served the foregoing *Notice of Appearance* by either mailing, by first class mail, postage prepaid, or by delivering – as indicated below – a true copy of the document to each of the following:

Mark Reaves, pro se
24 Ionia Street
Springfield, MA 01109
*(Mailing)*

Karen L. Goodwin, A.U.S.A.
1550 Main Street, Room 310
Springfield, MA 01103-1422
*(Delivering)*

/s/ James S. Whitcomb
James S. Whitcomb