UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK REAVES,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS ARMY NATIONAL GUARD, RAYMOND VEZINA, ROBERT JORDAN, THOMAS SELLARS, and RICHARD NAGEL,<br><br>Defendants. | CIVIL ACTION NO. 04-30125-KPN |

### DEFENDANTS MANG'S AND VEZINA'S MOTION TO ENLARGE UNEXPIRED TIME PERIOD WITHIN WHICH TO SERVE PLEADING(S) RESPONSIVE TO OR MOTION(S) CONCERNING THE COMPLAINT

Defendants Massachusetts Army National Guard ("MANG") and Raymond Vezina ("Vezina") – by and through the Attorney General of the Commonwealth of Massachusetts, their counsel – move, pursuant to FED. R. CIV. P. 6(b)(1), 12(a)(1), and 15(a), that the Court enlarge until May 9, 2005, the unexpired time period within which each of them may serve a pleading responsive to or a motion concerning the complaint.

As grounds for this motion, MANG and Vezina state that this matter was forwarded to the Office of the Attorney General for representation in mid to late March; the Office of the Attorney General itself was not served with process; and the undersigned counsel, who received this matter last week, needs additional time within which to prepare on MANG's and Vezina's respective behalf pleading(s) responsive to or motion(s) concerning the complaint.

## LR. 7.1(A)(2) CERTIFICATION

The undersigns certifies that he attempted to confer with plaintiff Mark Reaves to attempt in good faith to resolve or narrow the issue. The undersigns certifies that he did confer with Karen L. Goodwin, AUSA, – who has appeared on behalf of defendants Thomas Sellars ("Sellars") and Richard Nagle ("Nagle") – to attempt in good faith to resolve or narrow the issue. On March 30, 2005, AUSA Goodwin and the undersigned jointly left a voice mail message for Mr. Reaves. To date, the undersigned has not heard from Mr. Reaves, although he apparently assented to Sellars's and Nagle's *Motion to Extend Time*, also until May 9, 2005.

## CONCLUSION

Wherefore, MANG and Vezina respectfully request that this Court allow this motion, enlarging until May 9, 2005, the unexpired time period within which each of them may serve a pleading responsive to or a motion concerning the complaint.

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

By: /s/ James S. Whitcomb
James S. Whitcomb
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629
(413) 784-1240, ext. 113 (telephone no.)
(413) 784-1244 (facsimile no.)
B.B.O. No. 557768

DATED: April 1, 2005.

## CERTIFICATE OF SERVICE

I, James S. Whitcomb, Assistant Attorney General, hereby certify that on this 1st day of April, 2005, I served the foregoing *Defendants MANG's and Vezina's Motion to Enlarge Unexpired Time Period Within Which to Serve Pleading(s) Responsive to or Motion(s) Concerning the Complaint* by either mailing, by first class mail, postage prepaid, or by delivering – as indicated below – a true copy of the document to each of the following:

Mark Reaves, pro se
24 Ionia Street
Springfield, MA 01109
*(Mailing)*

Karen L. Goodwin, A.U.S.A.
1550 Main Street, Room 310
Springfield, MA 01103-1422
*(Delivering)*

/s/ James S. Whitcomb
James S. Whitcomb