UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK REAVES, )
 )
Plaintiff, )
 )
v. ) CIVIL ACTION NO. 04-30125-KPN
 )
MASSACHUSETTS ARMY NATIONAL )
GUARD, RAYMOND VEZINA, ROBERT )
JORDAN, THOMAS SELLARS, and )
RICHARD NAGEL, )
 )
Defendants. )

**DEFENDANTS MANG'S AND VEZINA'S SECOND MOTION TO ENLARGE UNEXPIRED TIME PERIOD WITHIN WHICH TO SERVE PLEADING(S) RESPONSIVE TO OR MOTION(S) CONCERNING THE COMPLAINT**

Defendants Massachusetts Army National Guard ("MANG") and Raymond Vezina ("Vezina") – by and through the Attorney General of the Commonwealth of Massachusetts, their counsel – move, pursuant to FED. R. CIV. P. 6(b)(1), 12(a)(1), and 15(a), that the Court enlarge until May 27, 2005, the unexpired time period within which each of them may serve a pleading responsive to or a motion concerning the complaint.

As grounds for this motion, MANG and Vezina state that their undersigned counsel needs some additional time within which to prepare on MANG's and Vezina's respective behalf pleading(s) responsive to or motion(s) concerning the complaint. MANG and Vezina note that plaintiff Mark Reaves filed this action on July 1, 2004, and thereafter sought enlargements of time, until May 1, 2005, to serve the defendants (docket, papers nos. 3-5).

## LR. 7.1(A)(2) CERTIFICATION

The undersigns certifies that he conferred with Mr. Reaves, on May 5, 2005, to attempt in good faith to resolve or narrow the issue. Mr. Reaves declined to assent to this motion.

## CONCLUSION

Wherefore, MANG and Vezina respectfully request that this Court allow this motion, enlarging until May 27, 2005, the unexpired time period within which each of them may serve a pleading responsive to or a motion concerning the complaint.

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

By: *James S. Whitcomb*
James S. Whitcomb
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629
(413) 784-1240, ext. 113 (telephone no.)
(413) 784-1244 (facsimile no.)
B.B.O. No. 557768

DATED: May 9, 2005.

2

## CERTIFICATE OF SERVICE

I, James S. Whitcomb, Assistant Attorney General, hereby certify that on this 9th day of May, 2005, I served the foregoing *Defendants MANG's and Vezina's Second Motion to Enlarge Unexpired Time Period Within Which to Serve Pleading(s) Responsive to or Motion(s) Concerning the Complaint* by either mailing, by first class mail, postage prepaid, or by delivering – as indicated below – a true copy of the document to each of the following:

Mark Reaves, pro se
24 Ionia Street
Springfield, MA 01109
*(Mailing)*

Karen L. Goodwin, A.U.S.A.
1550 Main Street, Room 310
Springfield, MA 01103-1422
*(Delivering)*

_____
James S. Whitcomb