```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

MARK REAVES,                    )
                                )
        Plaintiff,              )
                                )
    v.                          ) No. 04cv30125-KPN
                                )
MASSACHUSETTS ARMY NATIONAL     )
        GUARD, et al            )
                                )
        Defendants.             )
```

                         MOTION TO EXTEND TIME

    The defendants, Thomas Sellars and Richard Nagle, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, move for a further extension of the deadline to respond to the complaint. The current extension expires on May 9, 2005; the defendants seek an extension through May 27, 2005. As grounds for this motion, the defendants state that they have requested legal representation from the Department of Justice and additional time is required to obtain action on the request.

    In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certifies that she has conferred with the pro se plaintiff and he indicated that he did not assent to this motion.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/Karen L. Goodwin
                              KAREN L. GOODWIN
                              Assistant U.S. Attorney
                              1550 Main Street, Room 310
                              Springfield, MA 01103-1422
DATED:  May 6, 2005              (413) 785-0269
```

<u>CERTIFICATE OF SERVICE</u>

    This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Mark Reaves
        24 Ionia Street
        Springfield, MA 01109

        James Whitcomb
        Assistant Attorney General
        1350 Main Street
        4th Floor
        Springfield, MA 01103

    This 6th day of May, 2005

                                    /s/Karen L. Goodwin
                                KAREN L. GOODWIN
                                ASSISTANT UNITED STATES ATTORNEY