## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:    Civil  No.  __04-30125-KPN_____

       Title: MARK REAVES   V.   MASSACHUSETTS ARMY NATIONAL
                              GUARD, ET AL

## <u>N O T I C E</u>

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been

returned to the Clerk for reassignment.  Please take notice that this case previously

assigned to Judge  _KENNETH P. NEIMAN_____ has been reassigned to

Judge  _MICHAEL A. PONSOR_____for all further proceedings.  From this

date forward the case number on all pleadings should be followed by the initials  _MAP.

.

Thank you for your cooperation in this matter.


                              TONY ANASTAS
                              CLERK OF COURT


                         By:   /S/ MARY FINN
                              Deputy Clerk

Date:  __8/17/2005_____


(Notice of LR40.1 Reassign.wpd - 3/15/02)                    [ntccsasgn.]