UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK REAVES                )
    Plaintiff(s)        )
                                      )
v.                                    )    Civil Action No. 04-30125-MAP
                                      )
                                      )
MASS. ARMY NATIONAL GUARD  )
    Defendant(s)

## MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE

In the case of Reaves v. Massachusetts Army National Guard. Plaintiff Mark Reaves respectfully request a continuance of the October 18, 2005 Scheduling Conference. Due to required and previously scheduled employer training. Training is 17-22 October 2005 and again 31 October through 25 November 2005. I will be available for this anytime after 28 November 2005.

I have contacted Attorney James S. Whitcomb and Attorney Karen L. Goodwin in an attempt to narrow the issue of this motion. They have both assented to the motion.

3:04-cv-30125 Notice will be electronically mailed to:

Karen L. Goodwin   karen.goodwin@usdoj.gov, sheila.hebda@usdoj.gov; ma.ecf@usdoj.gov

James S. Whitcomb  Jim.Whitcomb@ago.state.ma.us, cynthia.sherman-black@ago.state.ma.us

### Conclusion

Wherefore the Plaintiff respectfully requests that this Court allow this motion, continuing the Scheduling conference until a date and time following the 28th day of November 2005. This motion is not meant in any way to cause undue delay. Your attention to this matter is greatly appreciated. This statement is true to the best of my knowledge under the pains and penalty of perjury.

Respectfully Submitted

3 October 2005
Date

*(signature)*
Mark Reaves
Plaintiff, Pro Se
24 Ionia Street
Springfield, MA  01109
(646) 326-2063

Attorney James S. Whitcomb (*by mailing*)
Attorney Karen L. Goodwin, A.U.S.A. (*by mailing*)

## Certificate of Service

I Mark Reaves, Pro Se, hereby certify that on this 3rd day of October 2005, I served the foregoing *Plaintiffs Motion for Continuance* by mailing, by first class mail, postage prepaid - as indicated below – a true copy of the document to each of the following

James S. Whitcomb
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA  01103-1629
 *(Mailing)*

Karen L. Goodwin, A.U.S.A.
1550 Main Street, Room 310
Springfield, MA  01103-1422
 *(Mailing)*