UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK REAVES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSACHUSETTS ARMY NATIONAL )<br>GUARD, RAYMOND VEZINA, ROBERT )<br>JORDAN, THOMAS J. SELLARS, and )<br>RICHARD NAGEL, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 04-30125-MAP |

### DEFENDANTS MAANG'S AND VEZINA'S
### LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to LR. 16.1(D)(3), the undersigned affirm that defendants Massachusetts Army National Guard ("MAANG") and Raymond Vezina ("Vezina") through an authorized representative, and counsel have conferred with a view to establishing a budget for the costs of conducting a full course -- and various alternative courses -- of the litigation and have considered the possible use of alternative dispute resolution programs.

MASSACHUSETTS ARMY NATIONAL
GUARD, RAYMOND VEZINA

THOMAS F. REILLY
ATTORNEY GENERAL

*Christopher C. Henes/*              By: *James S. Whitcomb*
Col. Christopher C. Henes, Staff Judge Advocate       James S. Whitcomb
Army National Guard of Massachusetts  J.S.W.         Assistant Attorney General
Office of the Adjutant General                        Western Massachusetts Division
50 Maple Street                                       1350 Main Street
Milford, MA 01757-3604                                Springfield, MA 01103-1629
                                                      (413) 784-1240, ext. 113 (telephone no.)
                                                      (413) 784-1244 (facsimile no.)
                                                      B.B.O. No. 557768

DATED: November 29, 2005.

## CERTIFICATE OF SERVICE

I, James S. Whitcomb, Assistant Attorney General, hereby certify that on this 29th day of November 2005, I served the foregoing *Defendants MAANG's and Vezina's Local Rule 16.1(D)(3) Certification* by either mailing, by first class mail, postage prepaid, or by delivering -- as indicated below -- a true copy of the document to each of the following:

Mark Reaves, pro se
24 Ionia Street
Springfield, MA 01109
*(Mailed)*

Karen L. Goodwin, A.U.S.A.
1550 Main Street, Room 310
Springfield, MA 01103-1422
*(Delivered)*

_____
James S. Whitcomb

2