UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK REAVES,                     )
      Plaintiff           )
                          )
v.                               )    Civil Action No. 04-30125-MAP
                          )
                          )
                          )
MASSACHUSETTS ARMY NATIONAL      )
GUARD and RAYMOND VEZINA,        )
      Defendants          )

SCHEDULING ORDER
December 1, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. Plaintiff shall file his motion to amend the complaint by December 22, 2005. The two remaining Defendants shall respond to the motion to amend and/or file their motion to dismiss or motion for judgment on the pleadings by January 6, 2006.

2. Plaintiff shall respond to Defendants' motion by January 24, 2006.

3. Plaintiff is free at any time to notify the court when he will be deployed overseas so that the court can take appropriate steps to suspend proceedings.

IT IS SO ORDERED.

                          /s/ Kenneth P. Neiman
                          KENNETH P. NEIMAN
                          U.S. Magistrate Judge