# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS



Mark Reaves  
59 Evers Place  
Bridgeport, CT 06610  
Plaintiff

CIVIL ACTION  
NO. 04-30125 -MAP

v.

Massachusetts Army National Guard  
Adjutant General  
Milford, MA

Raymond A. Vezina  
60 John Drive  
North Grafton, MA 01536

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Now comes the plaintiff, in the above captioned matter, and respectfully moves this Honorable Court that he be allowed Leave to Amend the subject complaint alleging discrimination/wrongful terminnation as a cause of action by Massachusetts Army National Guard and its Agents (Raymond A. Vezina).

Additionally, a Motion to Dismiss was presented by defendant's attorney for failure to state a claim. Plaintiff has reviewed original complaint and has amended such to be considered.

Respectfully Submitted,

Mark Reaves  
Pro Se, Plaintiff

MER

I, Mark E. Reaves, do hereby certify that I have served a copy of the foregoing to Clerk of Court US District Court for the District of Massachusetts, Western Section, and James S. Whitcomb, Asst. Attorney General (by mailing) this 21st day of December 2005.

Mark E. Reaves