RECEIVED
NOV 09 2007
WESTERN MASSACHUSETTS REGIONAL OFFICE
OFFICE OF THE ATTORNEY GENERAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | | |
|---|---|---|
| MARK REAVES | ) | |
|     Plaintiff(s) | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-30125-KPN |
| | ) | |
| | ) | |
| MASS. ARMY NATIONAL GUARD | ) | |
|     Defendant(s) | | |

### MOTION TO PROCEED

   In the case of Reaves v. Massachusetts Army National Guard. Plaintiff Mark Reaves respectfully request to proceed in this matter. It is necessary to have an answer to the amended complaint that was submitted prior the Motion to Stay these proceedings in January 2006; however, the record does not reflect that an answer has been submitted by Attorney Witcomb. I have returned from my Military Mobilization ending 29 July 2007 and have been immediately ordered to active duty beginning 30 July 2007. My Demobilization orders and my Orders to Active duty are attached.

   I have contacted Attorney James S. Whitcomb in an attempt to narrow the issue of this motion. I certify that I have served notice of this motion upon the defendant's Attorney by hand delivery and electronic mail.

3:04-cv-30125 Notice will be electronically mailed to:

James S. Whitcomb  Jim.Whitcomb@ago.state.ma.us, cynthia.sherman-black@ago.state.ma.us

   This motion is meant to proceed in an expeditious manner so as not to delay the court. Your attention to this matter is greatly appreciated. This statement is true to the best of my knowledge under the pains and penalty of perjury.

Respectfully Submitted


09 November 2007
Date

                         //Original Signed//
                         Mark Reaves
                         Plaintiff, Pro Se
                         (646) 326-2063

Mark Reaves
59 Evers Place
Bridgeport, CT 06610