DEPARTMENT OF THE ARMY
US ARMY INSTALLATION MANAGEMENT COMMAND
HEADQUARTERS, UNITED STATES ARMY GARRISON
FT BRAGG, NORTH CAROLINA 28310-5000

ORDERS 183-0273                                                  02 July 2007

REAVES, MARK EDWARD 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 SSG CA HHC CA BDE SPT (WYBSTB) FORT BRAGG NC
28310

You are released from active duty, not by reason of physical disability, and
assigned as indicated on the date immediately following release from active
duty. Any temporary appointments held are terminated on your effective date of
release from active duty.

Effective date: 29 July 2007
Assigned to: 0364 CA BDE 2731 SW MULTNOMAH PORTLAND OR 97219-3934
Terminal date of Reserve obligation: Not applicable
Additional instructions: a. All processing will be completed in BDUs. b.
   Your separation processing will require approximately 8 days to complete (5
   days at the installation and 3 days for movement and home station
   activities). Soldier's status will be considered intransit until closing on
   home station.  c. UP of Title 10 USC, Section 1145 Soldier is eligible for
   Transitional Health Care until 28 January 2008

FOR ARMY USE
HOR:  NEW YORK NY US
Place EAD or OAD:  PORTLAND OR US
MDC:  7BE7
Comp:  USAR
PEBD:  900202
Format:  523

FOR THE COMMANDER:

                                         NAN C. SANDERS
                                         INSTALLATION ADJUTANT GENERAL

DISTRIBUTION:
SSG REAVES (15)
Cdr CA HHC CA BDE SPT, (WYBSTB) (3)
RECORD SET (1)
PERSONNEL SERVICE CENTER (1)
USA RES CONTROL GP, USACC ST LOUIS MO 63132 (1)
212STH GSU (3)

```
                        DEPARTMENT OF THE ARMY
                     U. S. ARMY HUMAN RESOURCES COMMAND
                              1 RESERVE WAY
                          ST. LOUIS, MO 63132-5200

AHRC-ARE-A522                                                    16 JUL 2007
ORDERS R-07-785383


REAVES MARK EDWARD                                          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 SSG
195 NAGLE AVENUE                                          353 CA CMD  (WYBHAA)
NEW YORK, NY  10034



YOU ARE ORDERED TO ACTIVE DUTY IN ACTIVE GUARD/RESERVE STATUS IN THE GRADE OF RANK SHOWN ABOVE FOR THE PERIOD SHOWN
 BELOW. YOU WILL PROCEED FROM YOUR CURRENT LOCATION IN TIME TO REPORT ON THE DATE SHOWN BELOW.

REPORT TO: 353 CA CMD (WYBHAA) 208 DRUM ROAD, STATEN ISLAND, NY 10305-5080
REPORTING DATE: 30 JUL 2007
ASSIGNED TO: SAME AS REPORT TO.
PERIOD (ACTIVE DUTY COMMITMENT): 3 YEARS
PURPOSE: CIVIL AFFAIRS SGT (PARA 045F, LN 01)
ADDITIONAL INSTRUCTIONS: (A)  TRAVEL BY TWO PRIVATELY OWNED VEHICLES IS AUTHORIZED.  (B)  YOU ARE AUTHORIZED
 SHIPMENT OF HOUSEHOLD GOODS AT THE WITH DEPENDENTS RATE.  (C)  YOU ARE REQUIRED TO REPORT TO THE FAMILY HOUSING
 OFFICE OR HOUSING REFERRAL OFFICE SERVING YOUR NEW DUTY STATION BEFORE YOU MAKE HOUSING ARRANGEMENTS FOR RENTING,
 LEASING OR PURCHASING ANY OFF-POST HOUSING.  (D)  YOU WILL HAND-CARRY MEDICAL, DENTAL AND CLOTHING RECORDS TO YOUR
 NEW DUTY STATION.  (E)  YOU ARE RESPONSIBLE FOR REPORTING TO YOUR DUTY STATION/SCHOOL IN SATISFACTORY PHYSICAL
 CONDITION, ABLE TO PASS THE APFT AND MEET WEIGHT STANDARDS.  (F)  DEPENDENT TRAVEL TO NEW PERMANENT DUTY STATION IS
 AUTHORIZED IAW CHAP 5, VOL 1, JFTR.  (G)  YOU WILL SUBMIT A REVIEWED TRAVEL VOUCHER TO YOUR SUPPORTING FINANCE
 OFFICE WITHIN 15 DAYS AFTER TRAVEL IS COMPLETED.  (H)  ADVANCE IS AUTHORIZED.  (I)  OFFICIAL TRAVEL ARRANGEMENTS
 PURCHASED THROUGH A COMMERCIAL TRAVEL OFFICE [TRAVEL AGENCY] NOT UNDER CONTRACT TO THE GOVERNMENT ARE NOT
 REIMBURSABLE.  (J)  YOUR LOSING UNIT MUST FORWARD YOUR MPRJ TO: CDR, HRC-STL, ATTN: AHRC-ARE-MR, 1 RESERVE WAY, ST.
 LOUIS, MO, 63132-5200.


FOR ARMY USE: AUTHORITY:  TITLE 10 USC 12301(D) (DO NOT ACCESS INTO THE STRENGTH OF THE ACTIVE ARMY)
ACCT CLASS: 2172070 24-2481 P2H31.0400 (MODENLAGRTVL05)/RREP
 (1198-1199-1210-1250-21P3-21P4-21T1-21T2-22NL-22NZ-2578-2579) PRAG S28013 TAC: CZN7
CBA/IBA: TRANSPORTATION TICKETS WILL BE PURCHASED USING A CENTRALLY BILLED ACCOUNT (CBA). USE OF AN INDIVIDUALLY
 BILLED ACCOUNT (IBA) IS NOT AUTHORIZED.
SCTY CL: NONE DOR: 15 SEP 2006 PMOS/SSI: 38B3O PEBD. 02 FEB 1990  HOR: NEW YORK, NY  DMOS/SSI: 38B3O2S
UCMJ RESP: SOLDIER IS ASSIGNED TO 353 CA CMD, 208 DRUM ROAD, STATEN ISLAND, NY, 10305-5080 AND USACAPOC, BLDG 2929
 DESERT STORM DRIVE, FORT BRAGG, NC, 28310-5200 FOR ADMINISTRATION AND MILITARY JUSTICE (INCLUDING ADVERSE
 ADMINISTRATIVE ACTIONS).
REFRAD: 29 JUL 2010
FORMAT 174



FOR THE COMMANDER         **************
                          *  HRC-STL   *     JOHN P. DONOVAN
                          *  OFFICIAL  *     COL, AG
                          **************     DIRECTOR


DISTRIBUTION:
1-CDR, 353 CA CMD, 208 DRUM ROAD, STATEN ISLAND, NY 10305-5080
1-MPRJ, HHC ARMY HUMAN RESOURCES COMMAND - STL, ATTN: AHRC-AR, 1 RESERVE WAY, ST LOUIS, MO 63132-5200
1-CMDT, ARRTC, ATTN: AFRC-RTC-HD, 50 SOUTH O STREET, FORT MCCOY, WI 54656-5127
```