UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK REAVES )
        Plaintiff(s) )
)
v. )   Civil Action No. 04-30125-KPN
)
)
MASS. ARMY NATIONAL GUARD )
        Defendant(s)

## MOTION TO CONTINUE

    Now comes the Plaintiff Mark Reaves in the above entitled action and moves this Honorable Court for a continuance of the Status Conference presently scheduled for January 28, 2008, and as his basis, therefore, asserts the following:

    Plaintiff has received orders from the United States Army; Order# 014837 dated 16 January 2008, to be deployed to Italy from January 26, 2008 until approximately February 13, 2008.

    Plaintiff has conferred with Attorney James Whitcomb in an attempt to narrow the issue of this motion. Attorney Whitcomb expresses no objection to the allowance of this motion.

    WHEREFORE, Plaintiff requests the relief requests be granted and this matter be rescheduled to February 28, 2008, a date mutually convenient to all parties.

Respectfully submitted,
THE PLAINTIFF

*/s/ Mark E. Reaves*
Mark E. Reaves
59 Evers Place
Bridgeport, CT 06610
(646) 326-2063
reaves_mark@hotmail.com

## CERTIFICATE OF SERVICE

    I, Mark E. Reaves, do hereby certify that I have served a copy of the following via electronic mail, and postal mail to Attorney James Whitcomb, Attorney General Office, 1350 Main Street, Springfield, MA 01103 this 18th day of January 2008

    3:04-cv-30125 Notice will be electronically mailed to:

James S. Whitcomb   Jim.Whitcomb@ago.state.ma.us, cynthia.sherman-black@ago.state.ma.us

  This motion is meant to proceed in an expeditious manner so as not to delay the court. Your attention to this matter is greatly appreciated. This statement is true to the best of my knowledge under the pains and penalty of perjury.

Mark E. Reaves

DEPARTMENT OF THE ARMY
HEADQUARTERS, CIVIL AFFAIRS AND PSYOP COMMAND (A)
BLDG H1715, SON TAY ROAD
FORT BRAGG, NC 28310-5200

ORDER NUMBER:   014837                                                                                   16 January 2008

REAVES MARK EDWARD                                   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        SSG
195 NAGLE AVE                                        0353 CA CMD   HHC (WYBHAA)
NEW YORK, NY 10034                                   208 DRUM ROAD
                                                     STATEN ISLAND, NY 10305-5080

YOU ARE TO PROCEED ON TEMPORARY DUTY AS SHOWN BELOW AND ARE TO RETURN TO YOUR PERMANENT STATION
UPON COMPLETION OF THE DUTY. YOU WILL SUBMIT A REVIEWED TRAVEL VOUCHER FOR THIS TRAVEL TO THE
SERVICING FINANCE AND ACCOUNTING OFFICE WITHIN 5 WORKING DAYS AFTER COMPLETION OF THIS TRAVEL.

TEMPORARY DUTY SITE.         VENICE, ITALY

PURPOSE:     TDY-113-OPTEMPO CORPS SPT FORCES (**JC),COMMANDER'S CONFERENCE

NUMBER OF DAYS       18          FUND MANAGER  53 - TDY 353RD CA COMMAND

WILL PROCEED DATE:       2008/01/26

SECURITY CLEARANCE:      APPLICABLE

[VOCO DATE:  2008/01/16]

TRAVEL MODE:    CP

RENTAL CAR      AUTHORIZED

**ACCOUNTING CLASSIFICATION For FY 2008:**

| | | |
|---|---:|---:|
| 2182080 24-2433 113R1000 21T1/REA04840148370/66JC 028013 | $ | 974.00 |
| 2182080 24-2433 113R1000 21T2/REA04840148370/66JC 028013 | $ | 10,156.40 |
| | Total $ | 11,130.40 |

ADDITIONAL INSTRUCTIONS:

FAILURE TO COMPLY WITH THIS ORDER VIOLATES UCMJ.
IF YOU CANNOT PERFORM THIS DUTY, NOTIFY YOUR UNIT IMMEDIATELY.
DUTY IS OUTSIDE OF COMMUTING DISTANCE.
GOVERNMENT QUARTERS ARE NOT AVAILABLE OR DIRECTED.
GOVERNMENT MEALS ARE NOT AVAILABLE OR DIRECTED.
COMMERCIAL TRAVEL OFFICE (CTO) NOT USED PER JTR/JFTR
ADVANCE IS AUTHORIZED; TRAVELER IS NOT GOVERNMENT CREDIT CARD HOLDER.
ORDER MUST BE PAID BY 45 DAYS AFTER TRAVEL OR ORDER WILL BE REVOKED
THIS IS NOT A PERSTEMPO EVENT
TRANSPORTATION UTILIZES CENTRALLY BILLED ACCOUNT (CBA)
VARIATION(S) IN ITINERARY IS AUTHORIZED.
EXCESS BAGGAGE IS AUTHORIZED UP TO 66 LBS.
IRL#412-HHC
RENTAL CAR IS AUTHORIZED

FORMAT 400

FOR THE COMMANDER:

|  |
| --- |
| OFFICIAL |
| USACAPOC |

KEITH N GAFFORD
LTC, GS
COMPTROLLER

DISTRIBUTION:
INDIVIDUAL
UNIT ADMINISTRATOR
USACAPOC COMPTROLLER