UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK REAVES,                    )
          Plaintiff      )
                                )
                                )
    v.                          )    Civil Action No. 04-30125-MAP
                                )
                                )
                                )
MASSACHUSETTS ARMY NATIONAL     )
GUARD and RAYMOND VEZINA,       )
          Defendants    )

FURTHER SCHEDULING ORDER
February 28, 2008

NEIMAN, C.M.J.

The following schedule was established at the scheduling conference this day:

1. All non-expert discovery shall be completed by June 27, 2008.

2. Plaintiff shall designate and disclose information regarding his trial experts, if any, as required by FED. R. CIV. P. 26(a)(2) by July 25, 2008.

3. Defendants shall designate and disclose information regarding their trial experts, if any, as required by FED. R. CIV. P. 26(a)(2) by August 22, 2008.

4. All expert depositions shall be completed by September 12, 2008.

5. Defendants' motion for summary judgment, if any, shall be filed by October 10, 2008, to which Plaintiff shall respond by October 31, 2008.

6. A hearing on Defendants' motion for summary judgment is scheduled for

November 21, 2008 at 2:30 p.m. before District Judge Michael A. Ponsor.

7. The parties shall appear for a pretrial conference on January 6, 2009, at 2:30 p.m.  Pre-trial memoranda shall be prepared in accordance with the provision of Local Rule 16.5(D) and the Procedural Order to be entered.

8. Trial shall commence on February 2, 2009, at 9:00 a.m.  The parties are hereby notified, however, that due to the court's congested trial docket the case may actually be called to trial on any day during the <u>four weeks</u> following.  The parties should stay in touch with the courtroom deputy, Elizabeth French, to confirm the actual date for trial.

IT IS SO ORDERED.

DATED:   February 28, 2008

                                           <u>/s/ Kenneth P. Neiman</u>
                                           KENNETH P. NEIMAN
                                           Chief Magistrate Judge