UNITED STATES DISTRICT COURT
WESTERN DIVISION OF MASSACHUSETTS

| | |
|---|---|
| Mark Reaves<br>59 Eevers Place<br>Bridgeport, CT 06610<br><br>Plaintiff<br><br>v.<br><br>Massachusetts Army National Guard<br>Adjutant General<br>Milford, MA<br><br>Raymond A. Vezina<br>60 John Dr.<br>North Grafton, MA 01536<br><br>Defendants | CIVIL ACTION NO.:<br>04-30125-MAP<br><br>December 21, 2005<br><br><br><br>NOTICE OF APPEARANCE |

To the Clerk of the Court:

Please enter my appearance as attorney of record for the plaintiff, Mark Reaves, in the above captioned matter.

Dated: June 3, 2008

Respectfully submitted
Attorney for the Plaintiff

Patricia Quintilian, Esq.
P.O. Box 943
Williamsburg, MA 01096
(413) 268-7999
BBO: 600469

1

CERTIFICATE OF SERVICE

I, Patricia Quintilian, do hereby certify that I served the within Appearance by mailing, first class, postage pre-paid, a copy to the following on June 10, 2008:

Massachusetts Army National Guard
Adjutant General
Milford, MA

Raymond Vezina
60 John Drive
North Grafton, MA 01536

Patricia Quintilian, Esq.