# UNITED STATES DISTRICT COURT
# WESTERN DIVISION OF MASSACHUSETTS

| | |
|---|---|
| Mark Reaves<br>59 Eevers Place<br>Bridgeport, CT 06610<br><br>Plaintiff<br><br>v.<br><br>Massachusetts Army National Guard<br>Adjutant General<br>Milford, MA<br><br>Raymond A. Vezina<br>60 John Dr.<br>North Grafton, MA 01536<br><br>Defendants | CIVIL ACTION NO.:<br>04-30125-MAP<br><br>December 21, 2005<br><br>MOTION FOR<br>ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

   Now Comes, the Plaintiff, Mark Reaves, by and through counsel, Patricia Quintilian, an attorney who is a member in good standing of the bar of this Court, and moves this Court to admit Kiley D. Scott, of Albany, New York, an out of state attorney who is a member in good standing of the bar of New York, as well as The Northern District of New York Federal Court, for the limited purpose of appearing and participating in this case as co-counsel.

   Kiley D. Scott's assistance as counsel is required as he is a member of a firm that specializes in Military Law. Attorney Scott's expertise in Military Law is necessary due to the nature of this case.

   WHEREFORE, the Plaintiff, by and through counsel, moves this Court to allow Attorney Scott, an out of state attorney, to represent him in the above-listed case, pro hac vice.

Respectfully submitted,
Attorney for the Plaintiff

Date: 6/3/08

_____
Patricia Quintillian, Esq.
P.O. Box 943
Williamsburg, MA 01096
(413)268-7999
Bar No.: 600469

CERTIFICATE OF SERVICE

I, Patricia Quintilian, do hereby certify that I served the within motion by mailing, first class, postage pre-paid, a copy to the following on June 10, 2008:

Massachusetts Army National Guard
Adjutant General
Milford, MA

Raymond Vezina
60 John Drive
North Grafton, MA 01536

_____
Patricia Quintilian, Esq.