## UNITED STATES DISTRICT COURT
## WESTERN DIVISION OF MASSACHUSETTS

Mark Reaves
59 Eevers Place
Bridgeport, CT 06610

Plaintiff

v.

Massachusetts Army National Guard
Adjutant General
Milford, MA

Raymond A. Vezina
60 John Dr.
North Grafton, MA 01536

Defendants

**CIVIL ACTION NO.:**
04-30125-MAP

December 21, 2005

**AFFIRMATION OF**
**PATRICIA QUINTILIAN**

---

I, Patricia Quintilian, an attorney duly licensed to practice law in the State of Massachusetts, affirm that the following statements are true:

1. I am the attorney for the plaintiff in the above-referenced case.

2. I am a member in good standing of the bars in Massachusetts, both federal and state bars.

3. Additionally, I am admitted to practice before the following courts: Massachusetts and California state courts; Massachusetts and California Federal District and Appellate Courts.

4. It is necessary to retain out of state counsel because of the nature of the case whose basis resides in military law. Attorney Scott has the necessary expertise to handle this case and his services are required to properly represent the plaintiff in this matter.

On June 3, 2008, I declare under the pains and penalties of perjury that the foregoing is true.

Patricia Quintilian