UNITED STATES DISTRICT COURT

WESTERN DIVISION OF MASSACHUSETTS

---

Mark Reaves
59 Eevers Place
Bridgeport, CT 06610

Plaintiff

v.

Massachusetts Army National Guard
Adjutant General
Milford, MA

Raymond A. Vezina
60 John Dr.
North Grafton, MA 01536

Defendants

CIVIL ACTION NO.:
04-30125-MAP

December 21, 2005

AFFIRMATION OF
KILEY D. SCOTT

---

**STATE OF NEW YORK**
**COUNTY OF ALBANY**

I Kiley D. Scott, an attorney duly licensed to practice law in the State of New York affirms that the following statements are true:

1. I am a partner at Tully Rinckey PLLC, with an address of 441 New Karner Road, Albany, New York 12205.

2. That, I am a member in good standing of the bar of the highest court of the state of New York, where I regularly practice law. My bar license number is 4206710. My admission date is March 10, 2004.

3. Additionally, I am admitted to practice before the following courts: Northern District of New York.

4. I have never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline.

5. I have never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court or tribunal tat requires admission to practice.

6. I have not been charged, convicted of a criminal offense or offenses.

7. I request to be admitted to practice in the United States District Court for the District of Massachusetts for this case only.

Wherefore your affirmant respectfully requests this court grant the aforementioned Motion for Admission of Attorney Pro Hac Vice.

Respectfully submitted,

Kiley D. Scott, Esq.
Tully Rinckey PLLC
441 New Karner Road
Albany, NY 12205
(518)218-7100
Bar No. 4206710