**KILEY D. SCOTT**
**TULLY RINCKEY, PLLC**
**441 New Karner Road**
**Albany, New York  12205**
**(518) 218-7100**

By:    Kiley D. Scott, Esq.

### UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK REAVES,                   ) | **Case No.** 04-30125-MAP |
|                         ) | |
|           Plaintiff,      ) | |
|    v.                     ) | |
|                         ) | |
| MASSACHUSETTS ARMY NATIONAL   ) | **MOTION TO EXTEND** |
| GUARD and ADJUTANT GENERAL      ) | **DISCOVERY TIME** |
| RAYMOND A. VEZINA             ) | **TIME PERIODS** |
|                         ) | |
|         Defendant(s).     ) | |
|                         ) | |

TO:    Attorney James S. Whitcomb
       Office of the Attorney General
       Western Massachusetts Division
       1350 Main Street
       Springfield, Massachusetts 01103

PLAINTIFF, MARK REAVES, through his attorney Kiley D. Scott, Esq., files this

Motion to extend discovery time periods.

**I.**

The deadline for answering discovery is June 27, 2008.

**II.**

Counsel was granted admission, Pro Hac Vice to the instant matter on or about

June 17, 2008, ten days before the discovery deadline.

**III.**

Counsel respectfully request a sixty-day extension of time in which to respond to

discovery.

WHEREFORE, counsel respectfully prays for an order granting the plaintiff an additional

sixty days in which to answer discovery, no prior application for relief has been made.


Dated: June 24, 2008

                                            Respectfully submitted,



                                            Kiley D. Scott, Esq.
                                            Tully Rinckey PLLC
                                            441 New Karner Road
                                            Albany, NY 12205
                                            (518) 218-7100