# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK REAVES,<br><br>        Plaintiff,<br><br>        v.<br><br>MASSACHUSETTS ARMY NATIONAL GUARD and ADJUTANT GENERAL RAYMOND A. VEZINA<br><br>        Defendant(s). | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-30125-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR RECONSIDERATION

PLAINTIFF, MARK REAVES, through his attorney Kiley D. Scott, Esq., files this Motion for Reconsideration of Plaintiff's Motion to Extend Discovery Time upon the grounds that the motion should have requested an enlargement of the time period for completion of non-expert discovery and not an extension of time to respond to discovery.

1.      The Scheduling Order dated February 28, 2008 states that all non-expert discovery shall be completed by June 27, 2008.

2.      Counsel was granted admission, Pro Hac Vice to the instant matter on or about June 17, 2008, ten days before said deadline, before this date, plaintiff was *Pro se.*

3.      Counsel now seeks leave to extend the deadline for completion of non-expert discovery.  Plaintiff's discovery demands are not onerous and should have little to no impact on the Further Scheduling Order.  Furthermore, counsel will consent to any length of time that the defendants require in order to answer and procure the requested documents.

4.      A copy of the discovery demands are attached to this motion and will be sent via overnight mail to opposing counsel.

WHEREFORE, counsel respectfully prays for an order extending the deadline for completion of non-expert discovery.


DATED: June 26, 2008

                                        Respectfully submitted,



                                        Kiley D. Scott, Esq.
                                        Tully Rinckey PLLC
                                        441 New Karner Road
                                        Albany, NY 12205
                                        (518) 218-7100
                                        (518) 218-0496
                                        Pro Hac Vice



## CERTIFICATE OF SERVICE


I, Kiley D. Scott, attorney for plaintiff in the instant matter, hereby certify that this document, filed through the Electronic Case Files system, will be, on this 26th day of June, 2008, sent electronically to the registered participant(s) as identified on the notice of Electronic Filing and mailed in paper copy form, by first class mail, postage prepaid, to those indicated non-registered participant(s).


                                        Kiley D. Scott, Esq.