UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK REAVES,<br><br>       Plaintiff,<br><br>       v.<br><br>MASSACHUSETTS ARMY NATIONAL<br>GUARD and ADJUTANT GENERAL<br>RAYMOND A. VEZINA<br><br>       Defendant(s). | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-30125-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTFFS' DISCLOSURE OF TRIAL EXPERT

Plaintiff Mark Reaves designates the following individual as a possible trial

expert;

1.  Thomas M. Martin, Ph.D.
    Former Commander, Forensic Toxicology Drug Testing Laboratory.
    Tripler Army Medical Center

2.  The subject matter on which Dr. Martin is expected to testify to is that of

    knowing versus unknowing ingestion of cocaine, specifically, is a BZE

    concentration of 249ng/mL consistent with a service member unknowingly

    ingesting cocaine.

3.  The substance of the facts and opinions on which Dr. Martin is expected to

    testify is based on a "Memorandum for Record" dated August 8, 2006 with a

    subject line entitled "Expert Opinion." A copy of which is attached.

4.  The subject "Memorandum for Record" was drafted approximately twelve

    years ago. Plaintiff is still in the process of locating Dr. Martin who no longer

    works at Tripler Army Medical Center. When Dr. Martin is located plaintiff

1

will furnish the defendant with further information pursuant to Fed. R. Civ. P.

26(a)(2).

Dated:  July 24, 2008

Tully Rinckey P.L.L.C.
Attorneys for Plaintiff


By:_____
Kiley D. Scott, Esq.

441 New Karner Road
Albany, New York 12205
(518) 218-7100




## CERTIFICATE OF SERVICE

I, Kiley D. Scott, attorney for the Plaintiff, hereby certify that this document, filed through the Electronic Case Files system, will be, on this 24th day of July, 2008, sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing and mailed in paper copy form, by first class mail, postage prepaid, to those indicated non-registered participant(s).


Kiley D. Scott, Esq.