

DEPARTMENT OF THE ARMY
TRIPLER ARMY MEDICAL CENTER
FORENSIC TOXICOLOGY DRUG TESTING LABORATORY
1 JARRETT WHITE ROAD, BLDG 40
ATTN: MCHK-FT
TRIPLER AMC HI 96859-5000

REPLY TO
ATTENTION OF:

MCHK-FT (40)                                                                8 August 2006

MEMORANDUM FOR Record

SUBJECT: Expert Opinion

1. On 4 August 2006, I, MAJ Thomas Martin, received a request from COL Jay Daley, Chief of Staff, Massachusetts National Guard, for my opinion regarding knowing versus unknowing ingestion of cocaine. The concentration of benzoylecgonine (BZE), the cocaine metabolite, for the service member's specimen was 249 ng/mL.

2. It is my opinion that a BZE concentration of 249 ng/mL may be consistent with a service member unknowingly ingesting cocaine. However, this may also be consistent the service member knowingly ingesting cocaine.

3. Point of contact is the undersigned at 808-433-1661.

                                                //original signed//
                                                THOMAS M. MARTIN, Ph.D.
                                                MAJ, MS
                                                Commander, Forensic Toxicology
                                                  Drug Testing Laboratory